# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LARCENIA JONES  
916 N. INDEPENDENCE AVENUE  
ROCKFORD, IL  61101  

SSN-xxx-xx-6120

Case Number: 04-72758

Case filed on: 5/25/2004  
Plan Confirmed on: 7/23/2004  

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,060.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 012 | BRIAN A. HART | 370.00 | 370.00 | 370.00 | 0.00 |
|  | Total Legal | 1,570.00 | 1,570.00 | 1,570.00 | 0.00 |
| 999 | LARCENIA JONES | 0.00 | 0.00 | 20.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 20.00 | 0.00 |
| 001 | FORD MOTOR CREDIT COMPANY | 355.53 | 355.53 | 355.53 | 201.64 |
|  | Total Secured | 355.53 | 355.53 | 355.53 | 201.64 |
| 001 | FORD MOTOR CREDIT COMPANY | 12,329.38 | 12,329.38 | 437.32 | 0.00 |
| 002 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ATTORNEY TERRY HOSS & | 229.98 | 229.98 | 8.16 | 0.00 |
| 005 | CHRIS E. PAYNE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | JBC & ASSOCIATES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,029.82 | 1,029.82 | 36.53 | 0.00 |
| 009 | NICOR GAS | 241.59 | 241.59 | 8.57 | 0.00 |
| 010 | STATE COLLECTIONS | 344.21 | 344.21 | 12.21 | 0.00 |
| 011 | JEFFERSON CAPITAL SYSTEMS, LLC | 521.39 | 521.39 | 18.50 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 353.75 | 353.75 | 12.55 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 75.00 | 75.00 | 2.65 | 0.00 |
|  | Total Unsecured | 15,125.12 | 15,125.12 | 536.49 | 0.00 |
|  | Grand Total: | 17,214.65 | 17,214.65 | 2,646.02 | 201.64 |

Total Paid Claimant:     $2,847.66  
Trustee Allowance:       $212.34  
Percent Paid Unsecured:  3.55

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008          By  /s/Heather M. Fagan